1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2738



**FILED**

MAY 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

5

6  # SEALED

7

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH   )   Case No. 2:08-SW-0184
   OF: SEALED                    )
12                               )
                                 )
13 _____  )

14

15              SEALING ORDER

16     Upon Application of the United States of America and good

   cause having being shown therefor,
17
       IT IS HEREBY ORDERED that ~~documents in the above referenced~~ the application and affidavit only
18
   ~~case~~ shall be sealed until further order of the Court.
19
   DATED: May 15, 2008
20
                                          _____
21                                         GREGORY G. HOLLOWS
                                          _____
22                                         HONORABLE GREGORY G. HOLLOWS
                                          United States Magistrate Judge
23

24

25

26

27

28