


JUN 6 2008




McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

3663 Nuestro Road
Yuba City, CA
(and other locations)

Case. Nos. 08-SW-180, 181, 183
184 GGH

[PROPOSED] PROTECTIVE ORDER

The Court, having considered the position of the United States, by and through its counsel, AUSA S. Robert Tice-Raskin, and Dr. Arjinderpal Sekhon, by and through his counsel, Johnny L. Griffin, III, and finding good cause, hereby ORDERS as follows:

1. The United States, and its agents, may have access to and take possession of all potentially medically-privileged documents seized in connection with the above-noted searches and currently in the custody of the Court.

2. These documents can be utilized by government attorneys and agents assigned to or supervising this investigation or any prosecution related thereto, as well as any duly impaneled grand jury connected with this investigation or

any prosecution related thereto; otherwise, these documents will not be disseminated outside of the custody of the noted government attorneys/agents or Grand Jury until further order of this or another Court of this District.

3. Neither the United States, Dr. Arjinderpal Sekhon, nor any agent of the same, shall contact any patients delineated on Attachment B to the warrants regarding this investigation until further order of this Court.

DATED: 6 June 2008

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
U.S. Magistrate Judge

Approved as to form:

S. ROBERT TICE-RASKIN
Asst. United States Attorney

Approved as to form:

JOHNNY L. GRIFFIN, III
Attorney for
Dr. Arjinderpal Sekhon

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such 6, 2008, she served a copy of the attached **[PROPOSED] PROTECTIVE ORDER** by facsimile said copy addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es).

Served By FAX:
JOHNNY L. GRIFFIN, III, ESQ.
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
(916) 444-5558

GWEN LINCOLN