```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>3663 Nuestro Road<br>Yuba City, CA<br>(and other locations) | Case. Nos. 08-SW-180, 181, 183<br>184 GGH<br><br>STIPULATION REGARDING<br>DOCUMENT REVIEW; [PROPOSED] ORDER<br><br>JUDGE: Hon. Mag. Judge<br>          G.G. Hollows |

**STIPULATION**

Plaintiff United States of America, by and through its counsel, and Dr. Arjinderpal Sekhon, by and through his counsel, hereby stipulate as follows:

1. On June 5, 2008, the Court ordered defense counsel to conduct a review of potentially attorney-client privileged documents for this matter prior to June 30, 2008, and to present Government taint counsel with a privilege log related thereto. The Court also ordered Government taint counsel to conduct its review of the documents identified as potentially privileged by the defense and for both parties to file a joint status report outlining what

1

1       documents are in dispute, all within 10 days from June 30,
2       2008.
3   2.  Defense counsel completed his review on or about June 30th
4       and Government taint counsel is prepared to conduct his
5       review.  At this point, based on the preliminary estimate
6       of documents at issue provided by defense counsel to
7       Government taint counsel, it is believed that Government
8       taint counsel as well as defense counsel will need an
9       extension of time through July 24, 2008, so that
10      Government taint counsel will have adequate time to
11      conduct his review, and so that both Government taint
12      counsel and defense counsel will have adequate time to
13      meet, confer and prepare the contemplated joint
14      submission.
15  3.  To facilitate a more expeditious review, it is agreed that
16      Government taint counsel may take possession of the
17      potentially Attorney-Client privileged documents currently
18      held by the Court, and will maintain continuos and sole
19      custody of those documents at a secure location in the
20      U.S. Attorney's Office until he completes his review.  No
21      other member of the Government, aside from Government
22      taint counsel and, as necessary, a designated "taint
23      support staff member" from the Office, will have access to
24      these documents.
25 ///
26 ///
27 ///
28 ///

2

```
1  IT IS SO STIPULATED.
2  DATED: 9 July 2008                    McGREGOR W. SCOTT
                                         United States Attorney
3
4                                By:     /s/ Tice-Raskin
                                         S. ROBERT TICE-RASKIN
5                                        Assistant U.S. Attorney

6  DATED: 9 July 2008

7                                By:     /s/ Tice-Raskin
                                         JOHNNY L. GRIFFIN, III.
8                                        Attorney for
                                         Dr. Arjinderpal Sekhon
9                                        (Signature per telephonic
                                         authorization)
10
11                           **ORDER**

12   IT IS SO ORDERED.

13
14 DATED: July 11, 2008                  /s/GregoryG.Hollows
                                         GREGORY G. HOLLOWS
15                                       U.S. Magistrate Judge
```

3