1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search    )
    of                             )
12                                 )    Case. Nos. 08-SW-180, 181, 183
                                   )              184 GGH
13  3663 Nuestro Road              )
    Yuba City, CA                  )    STIPULATION REGARDING
14  (and other locations)          )    DOCUMENT REVIEW; ORDER
                                   )
15                                 )
                                   )    JUDGE: Hon. Mag. Judge
16  _____ )           G.G. Hollows

17                         **STIPULATION**

18      Plaintiff United States of America, by and through its counsel,

19  and Dr. Arjinderpal Sekhon, by and through his counsel, hereby

20  stipulate as follows:

21      1.    On June 5, 2008, the Court ordered defense counsel to

22            conduct a review of potentially attorney-client privileged

23            documents for this matter prior to June 30, 2008, and to

24            present Government taint counsel with a privilege log

25            related thereto.  The Court also ordered Government taint

26            counsel to conduct its review of the documents identified

27            as potentially privileged by the defense and for both

28            parties to file a joint status report outlining what

                              1

1     documents are in dispute, all within 10 days from June 30,

2     2008.  By previous stipulation, this final deadline was

3     extended to July 24, 2008.

4   2.   Both defense counsel and Government taint counsel have

5     completed their respective reviews.  They have also met

6     and conferred and are in the process of preparing the

7     contemplated joint submission.  In light of the scheduling

8     commitments of counsel, it is believed that counsel need

9     an additional week to complete the joint submission, and

10     request an extension of time through July 31, 2008 for

11     this purpose.

12 IT IS SO STIPULATED.

13 DATED: 23 July 2008         McGREGOR W. SCOTT

                           United States Attorney

14

15                       By:  /s/ Tice-Raskin

16                            S. ROBERT TICE-RASKIN

                           Assistant U.S. Attorney

17 DATED: 23 July 2008

18                       By:  /s/ Tice-Raskin for

19                            JOHNNY L. GRIFFIN, III.

                           Attorney for

20                            Dr. Arjinderpal Sekhon

                           (Signature per telephonic

21                            authorization)

22                         **ORDER**

23  IT IS SO ORDERED.

24 DATED:07/25/08            /s/ Gregory G. Hollows

25                          GREGORY G. HOLLOWS

                           U.S. Magistrate Judge

26

27 08sw180.ord

28