```
1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   MATTHEW SEGAL
3  Assistant U.S. Attorneys
   501 "I" Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2738
```




FILED

OCT 21 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search )
                            ) Case. Nos. 08-SW-180, 181, 183
                            )            184 GGH
3663 Nuestro Road           )
Yuba City, CA               ) MOTION TO UNSEAL SEARCH WARRANT
(and other locations)       ) AFFIDAVITS/APPLICATIONS;
                            ) [PROPOSED] ORDER
                            )
                            )
_____)

**MOTION**

Between May 13-15, 2008, this Court issued search warrants for each captioned matter, and sealed the applications/affidavits for each search warrant. (These warrants were filed on May 14-15, 2008). On June 6, 2008, the Court authorized an additional search in connection with Case No. 08-SW-180 and sealed the attachment C to the Ex Parte Application related thereto (Ex Parte Application For Order Authorizing Additional Search, filed June 11, 2008). Presently, the warrants and authorized searches have been completed, the subjects have been indicted, and there is no longer cause for these documents to remain sealed. Accordingly, the Government

//

respectfully requests that each of the noted sealed documents be unsealed.

DATED: October 4, 2008.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: _____
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

**ORDER**

Upon motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents be UNSEALED:

(1) the application/affidavit for each search warrant in Case Nos. 08-SW-180, 181, 183, 184 GGH

(2) Attachment C to the Ex Parte Application For Order Authorizing Additional Search, filed June 11, 2008, in Case No. 08-SW-180 GGH

Date: October 21, 2008

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge